```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

THE DEPARTMENT OF EDUCATION OF THE  :   06 Civ. 2159 (SHS)
CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,                                                :

                Plaintiff,             :

     -against-                                       :   ORDER

R.G., D.D.,                                                    :

                Defendants.        :

------------------------------------------------------------------x

      IT IS HEREBY ORDERED that the conference scheduled for June 30, 2010, at 10:00 a.m. is adjourned to July 14, 2010, at 4:00 p.m.

Dated: New York, New York
       June 21, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.